RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Jesus Aguirre-Ortiz

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00176-JAD-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS HEARING** |
| v. | (First Request) |
| JESUS AGUIRRE-ORTIZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Jesus Aguirre-Ortiz, that the Status Hearing currently scheduled on April 11, 2025 at 11:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Mr. Aguirre-Ortiz needs additional time to comply with the conditions in the plea agreement.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Status hearing.

DATED this 27th day of March, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Skyler Pearson*<br>SKYLER PEARSON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JESUS AGUIRRE-ORTIZ,<br><br>        Defendant. | Case No. 2:24-cr-00176-JAD-DJA<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

  IT IS ORDERED that the Status Hearing currently scheduled for April 11, 2025 at 11:30 a.m., be vacated and continued to **May 16, 2025, at 11:30 a.m.**

  DATED this 2nd day of April 2025.

_____
UNITED STATES MAGISTRATE JUDGE