RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Jesus Aguirre-Ortiz

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JESUS AGUIRRE-ORTIZ,<br><br>            Defendant. | Case No. 2:24-cr-00176-JAD-DJA<br><br>**STIPULATION TO CONTINUE STATUS HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Jesus Aguirre-Ortiz, that the Status Hearing currently scheduled on May 16, 2025 at 11:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1.      Mr. Aguirre-Ortiz needs additional time to comply with the conditions in the plea agreement.

2.      The defendant is not in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the second request for a continuance of the Status hearing.

DATED this 7th day of May, 2025.

RENE L. VALLADARES
Federal Public Defender

By /s/ Rick Mula
RICK MULA
Assistant Federal Public Defender

SUE FAHAMI
United States Attorney

By /s/ Skyler Pearson
SKYLER PEARSON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00176-JAD-DJA |
| Plaintiff, | <u>ORDER</u> |
| v. | |
| JESUS AGUIRRE-ORTIZ, | |
| Defendant. | |

     IT IS ORDERED that the Status Hearing currently scheduled for May 16, 2025  at 11:30 a.m., be vacated and continued to **July 25, 2025, at 11:30 a.m.**

     DATED this 8th day of  May, 2025.

_____

UNITED STATES MAGISTRATE JUDGE