RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK A. MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Jesus Aguirre-Ortiz

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Jesus Aguirre-Ortiz,<br><br>　　　　Defendant. | Case No. 2:24-cr-00176-DJA<br><br>**Stipulation and ~~Proposed~~ Order** |

  Mr. Aguirre-Ortiz was charged by criminal information on August 6, 2024, with four counts: **(1)** Operating a Motor Vehicle while Under the Influence of Alcohol (a violation of 43 C.F.R. § 8341.1(f)(3)); **(2)** Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher (a violation of 43 C.F.R. § 8341.1(d); NRS § 484.110.1(b)); **(3)** Driving without Valid Driver's License (a violation of 43 C.F.R. § 8341.1(d); NRS § 483.550(1)); and **(4)** Motor Vehicle in a Closed Area (a violation of 43 C.F.R. § 8364.1(d)). (ECF No. 1.)

  Mr. Aguirre-Ortiz entered a plea agreement. (ECF Nos. 16.) Under that agreement, Mr. Aguirre-Ortiz pleaded guilty to Count One. (ECF No. 15.) Counts

Two, Three, and Four were dismissed. (*Id.*) Mr. Aguirre-Ortiz was sentenced on Count One as follows:

> One-year term of Unsupervised Probation with special conditions:
>
> 1. $500.00 Fine and $10.00 Mandatory Penalty Assessment;
> 2. Attend/ Complete the Lower Court Counseling's DUI Course and Victim Impact Panel;
> 3. Attend/ Complete an Eight (8) hour online alcohol awareness course; and
> 4. Defendant must not violate any local, state, or federal laws.
>
> Should Defendant complete conditions 1, 2, 3, and 4 of unsupervised probation within one (1) year, and has not violated any local, state, or federal laws during that time, the parties agree to jointly move to allow the Defendant to withdraw his guilty plea to Count One. Government will move to amend Count One to a charge of Reckless Driving. The parties will jointly request that the original sentence be applied to the Reckless Driving conviction.

(*Id.*)

      Mr. Aguirre-Ortiz has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence. Accordingly, the parties agree that Count One should be amended to Reckless Driving, and the status conference set for July 25, 2025, at 11:30 AM should be vacated.

      Dated: June 4, 2025

                                                                Respectfully submitted,

| | |
|---|---|
| Rene L. Valladares | Sigal Chattah |
| Federal Public Defender | United States Attorney |
| | |
| */s/ Rick A. Mula* | */s/ Skyler H. Pearson* |
| Rick A. Mula | Skyler H. Pearson |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>Jesus Aguirre-Ortiz,<br><br>      Defendant. | Case No. 2:24-cr-00176-JAD-DJA<br><br>**Order** |

The Court finds that Mr. Aguirre-Ortiz has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Aguirre-Ortiz is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for July 25, 2025 at 11:30 AM is vacated.

DATED this  5th  day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE